**Order entered March 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01126-CV

### BRIGETTA HOMES, LLC D/B/A BEAUTIFUL HOMES BY BRIGETTA AND BRIGETTA D'OLIVIO, Appellants

**V.**

### ERHARD HERMUS, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14449**

## ORDER

By order dated January 15, 2019, we granted the motion to withdraw filed by appellants' former counsel. Because a business entity may appear in court and be represented only by a licensed attorney, we instructed appellant Brigetta Homes, LLC d/b/a Beautiful Homes by Brigetta to notify this Court by February 14, 2019 of the name, State Bar number, address, and telephone number of new counsel. We subsequently extended that deadline to March 18, 2019. A second extension motion has now been filed.

We **GRANT** the March 19, 2019 motion and **EXTEND** the time to April 18, 2019. We caution that further extension requests will be disfavored and that failure to comply may result in dismissal, without further notice, of Brigetta Homes as an appellant to this appeal.

Appellant Brigetta D'Olivio's opening brief remains due March 31, 2019.

/s/     BILL WHITEHILL
        JUSTICE